UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **FORTUNE VENTURES 2, LLC** ) <br> **2417 E OZARK AVENUE, SUITE 1** ) <br> **GASTONIA, NC 28054** ) <br> ) <br>      **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **TRAVELERS CASUALTY INSURANCE** ) <br> **COMPANY OF AMERICA** ) <br> **ONE TOWER SQUARE** ) <br> **HARTFORD, CT 06183** ) <br> ) <br> **SERVE ON:** ) <br> ) <br> **TRAVELERS CASUALTY INSURANCE** ) <br> **COMPANY OF AMERICA** ) <br> **c/o North Carolina Department of Insurance** ) <br> **Attn: Mike Causey, Commissioner,** ) <br>     **as Registered Agent** ) <br> **1201 Mail Service Center** ) <br> **Raleigh, NC 27699-1201** ) <br> ) <br>      **Defendant.** ) | **Civil Action No. 3:25-cv-746** |

## COMPLAINT

Plaintiff Fortune Ventures 2, LLC ("Fortune") by its undersigned counsel, hereby sues Defendant Travelers Casualty Insurance Company of America ("Travelers" or "Insurer") for breach of contract, violation of Unfair Claims Practices, and violation of the Unfair and Deceptive Trade Practices Act, and for damages:

### Nature of the Action

1. Fortune files this action against Travelers for Travelers' wrongful denial of coverage for a first party property damage claim. Despite clear evidence that a severe storm

1

damaged the roof of apartments located in Belmont, North Carolina, Travelers has denied coverage for the covered cause of loss.

2. Because Travelers has continued to improperly deny coverage, Fortune has been unable to perform the necessary repair work for the roof. Travelers' actions have also prevented Fortune from completing necessary work on the numerous residential units that suffered significant interior damage as a result of the storm.

## Parties

3. Fortune is a North Carolina limited liability company whose members are all residents of California.

4. Travelers is incorporated in Connecticut and has its principal place of business in Connecticut. Travelers regularly carries on business in North Carolina, writing policies and insuring North Carolina properties in return for payment.

## Jurisdiction and Venue

5. This court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because this is an action between Fortune, which is a citizen of California, and Travelers, which is a citizen of Connecticut, and because the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this Court because the property that is the subject of the action is situated in this district. *See* 28 U.S.C. § 1391(b)(2).

## Facts Common to All Counts

7. Fortune owns a single-story building located at 23 Alice Avenue, Belmont, North Carolina that contains residential units for rent (the "Property").

8. The roofing system of the Property is estimated to be 15 years old and consists of asphalt shingles and felt underlayment over wood plank decking. The roof had been well-maintained with no history of leaks before December 29, 2024.

9. Travelers issued policy number 680-ER523043-24-42, to Fortune for the policy year September 4, 2024, through September 4, 2025 (the "Policy").

10. The Policy covers the Property.

11. The Policy provides blanket building coverage with a limit of $2,897,978 for "direct physical loss of or damage to Covered Property" and "caused by or resulting from a Covered Cause of Loss." "Covered causes of loss" is defined in the Policy as direct physical loss unless the loss is excluded or limited in the Policy. As such, the Policy is an "all-risk" policy and covers all perils unless explicitly excluded.

12. The Policy includes "windstorm or hail" within Specified Causes of Loss.

13. The Policy also includes an endorsement modifying the calculation of the windstorm or hail deductible.

14. On December 29, 2024, high winds and hail in Belmont, North Carolina caused significant damage to the roof at the Property.

15. An EF0 tornado with wind speeds exceeding 65 miles per hour was reported in the area on that date.

3

16. The December 29, 2024 storm detached and loosened the materials of the roofing system which reduced the roof's structural integrity while diminishing water shedding capabilities.

17. Wind uplift from the December 29, 2024 storm created openings in the roof that have led to water intrusion.

18. Six of the residential units sustained interior water damage from the roof lifting as a result of the storm.

19. To prevent further damage from water infiltration, Fortune was required to make immediate repairs under emergency conditions, which included tarping the roofs.

20. Fortune documented the storm-created damage to the roof, including the openings that caused water damage to the interior of numerous units.

21. As a direct result of damage from the storm, the roof will require the complete replacement of all shingles, flashing, and underlayment installed on the front slope. Additionally, the adjacent slope and ridge caps will need to be removed and replaced.

22. Fortune promptly submitted its claim to its Insurer.

23. On February 28, 2025, Travelers improperly denied coverage despite having clear evidence of wind and hail damage to the roof.

24. Travelers has alleged without any factual basis that water intrusion was caused by a preexisting condition.

25. Travelers has failed to conduct a legitimate investigation or reevaluate its position despite clear meteorological data and the roof's pre-storm condition. Had Travelers conducted a good faith investigation, it would reveal wind-uplift debonding across the roof and embedded debris, which prevents re-sealing.

26. As a result of the improper denial of coverage, Fortune will be forced to incur the entirety of the substantial expenses to replace the roof and to repair the units impacted by the water intrusion.

27. Fortune has complied with all the conditions and provisions of the Policy.

## Count I
## Breach of Contract

28. Fortune incorporates and reaffirms each of the paragraphs of this Complaint as if fully and completely set forth herein.

29. Travelers issued the Policy covering the Property at the time of the property loss on December 29, 2024.

30. Travelers breached the Policy when it improperly denied coverage for the claim.

31. As a result of Travelers' breach, Fortune has suffered direct and consequential damages.

## Count II
## Statutory Violation Of
## Unfair or Deceptive Trade Practices Act (UDTPA)

32. Fortune incorporates and reaffirms each of the paragraphs of this Complaint as if fully and completely set forth herein.

33. The Policy was issued in North Carolina.

34. North Carolina's UDTPA is codified at § 75-1.1, et al., and allows insureds to recover damages, including treble damages and attorney's fees, against insurers that violate the UDTPA.

35. Travelers engaged in unfair or deceptive acts with respect to its handling of the claim by refusing to pay the claim without conducting a reasonable investigation based upon all available information.

36. Travelers engaged in unfair or deceptive acts with respect to its handling of the claim by not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear.

37. Travelers' conduct violated North Carolina's Unfair Claims Settlement Act, codified at § 58-63.1, *et al*.

WHEREFORE, Fortune demands judgment in its favor and against Travelers for the amount of its loss together with interest, attorneys' fees and costs, treble damages, and any other relief that this Court deems just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial on all issues triable to a jury.

This 30th day of September, 2025.

                              ROBINSON, BRADSHAW & HINSON, P.A.

                              /s/ Spencer T. Wiles
                              R. Steven DeGeorge
                              N.C. State Bar No. 20723
                              SDeGeorge@robinsonbradshaw.com

                              Benjamin C. DeCelle
                              N.C. State Bar No. 52102
                              BDeCelle@robinsonbradshaw.com

                              Spencer T. Wiles
                              N.C. State Bar No. 53664
                              SWiles@robinsonbradshaw.com

                              600 S. Tryon Street, Suite 2300
                              Charlotte, North Carolina 28202
                              Telephone: 704.377.2536
                              Facsimile: 704.378.4000

GOODMAN LAW GROUP
Brian S. Goodman (*Pro Hac Vice* Forthcoming)
Judson Arnold (*Pro Hac Vice* Forthcoming)
9199 Reisterstown Road, Suite 213 C
Owings Mills, MD 21117

*Attorneys for Plaintiff*

7